IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Masoud Bassidji            *
                           *
     Plaintiff             *
                           *
v.                         *       Case No.: CV-11-05249 JSW
                           *
Ocean Star International Inc., et al.   *
                           *
     Defendants            *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

IT IS HEREBY ORDERED:
     on January 3, 2012
1. The terms of the ~~attached~~ Stipulation are approved in their entirety, and shall become the Order of the Court;

2. All provisions of previous Orders of the Court, not inconsistent with this Order, shall remain in full force and effect.


IT IS SO ORDERED BY THE COURT:

January 3, 2012                         _[signature: Jeffrey S. White]_
_____                         _____
Dated                                   Honorable Jeffrey S. White
                                        United States District Judge