IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Masoud Bassidji                              *
                                             *
        Plaintiff                            *
                                             *
v.                                           *    Case No.: CV-11-05249 JSW
                                             *
Ocean Star International Inc., et al.        *
                                             *
        Defendants                           *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

IT IS HEREBY ORDERED:
                on January 3, 2012
1. The terms of the ~~attached~~ Stipulation are approved in their entirety, and shall become the Order of the Court;

2. All provisions of previous Orders of the Court, not inconsistent with this Order, shall remain in full force and effect.


IT IS SO ORDERED BY THE COURT:

January 3, 2012                              _____
_____                              Honorable Jeffrey S. White
Dated                                        United States District Judge