**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MASOUD BASSIDJI**, <br><br> Plaintiff, <br><br> vs. <br><br> **OCEAN STAR INTERNATIONAL INC.** *et al.*, <br><br> Defendants. | Case No.: 11-CV-05249 YGR <br><br> **ORDER AUTHORIZING REFUND OF FEES** |

Nicole M. DeForge and Scott M. Lilja have filed an Application for Refund of fees paid to appear *pro hac vice* because the case was closed and the attorneys were never admitted *pro hac vice*.

The Court hereby **GRANTS** the Application for Refund.

**IT IS SO ORDERED.**

Date: May 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**